No. 71–6460.  GAUSE *v.* ARIZONA.  Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Stewart* v. *Massachusetts,* 408 U. S. 845.

No. 71–6570.  KETOLA *v.* UNITED STATES.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Upon representations of the Solicitor General, set forth in his Memorandum for the United States filed June 16, 1972, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.  Application for bail denied without prejudice to renewal of application to the Court of Appeals.

No. 72–5009.  WEBB *v.* UNITED STATES.  C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Gelbard* v. *United States,* 408 U. S. 41.

No. 72–28.  NORTHERN STATES POWER Co. *v.* IHRKE ET UX.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded with instructions to dismiss case as moot.  MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 72–5110.  MARTINEZ-FRAUSTO *v.* UNITED STATES. C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Upon representations of the Solicitor General, set forth in his Memorandum for the United States filed September 6, 1972, judgment vacated and case remanded for further consideration in light of the position presently asserted by the Government.